**NOT FOR PUBLICATION**
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**FILED**

MAY 30 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MARIO MARTINEZ ARIAS,

                    Plaintiff-Appellant,

    v.

A. JOHAL, Medical Doctor at North Kern
State Prison; et al.,

                    Defendants-Appellees.

No. 18-17101

D.C. No. 1:14-cv-00764-LJO-BAM

MEMORANDUM*

Appeal from the United States District Court
for the Eastern District of California
Lawrence J. O'Neill, District Judge, Presiding

Submitted May 21, 2019**

Before:     THOMAS, Chief Judge, and FRIEDLAND and BENNETT, Circuit
Judges.

     Mario Martinez Arias, a California state prisoner, appeals pro se from the

district court's summary judgment in his 42 U.S.C. § 1983 action alleging

deliberate indifference to a serious medical need.  We have jurisdiction under 28

---

     *      This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

     **     The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

U.S.C. § 1291.  We review de novo.  *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir. 2004).  We affirm.

The district court properly granted summary judgment because Arias failed to raise a genuine dispute of material fact as to whether defendant Johal was deliberately indifferent to Arias's need for post-operative treatment of his right foot.  *See id.* at 1057-60 (difference of opinion concerning course of treatment, medical malpractice, or negligence in diagnosing or treating a medical condition does not amount to deliberate indifference).

We reject as meritless Arias's contention that the district court erred by not considering his statements as qualified medical opinions.

**AFFIRMED.**

18-17101